```
                                              FILED
                                         U.S. DISTRICT COURT
                                         DISTRICT OF COLORADO

        IN THE UNITED STATES DISTRICT COURT    2019 APR -5 PM 4:58
           FOR THE DISTRICT OF COLORADO
                                           JEFFREY P. COLWELL
                                                  CLERK

                                         BY_____DEP. CLK
```

Civil Action No. _____
(To be supplied by the court)

__James Williams,_____, Applicant,

v.

__The Fourth Judicial District Court, State of Colorado,__
__In And For The County of El Paso, And__
__The Honorable Judge, McHenry_____, Respondent,
(Name of warden, superintendent, jailer, or other custodian)

and

The Attorney General of the State of: __Colorado__, Additional Respondent.

*(Note: If you are attacking a judgment that imposed a sentence to be served in the future, you must fill in the name of the state where the judgment was entered. If you are attacking the execution of your sentence and not the validity of a state conviction or sentence, you must file an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. If you are attacking the validity of a judgment entered in a federal court, you must file a motion pursuant to 28 U.S.C. § 2255 in the federal court that entered the judgment.)*

## APPLICATION FOR A WRIT OF HABEAS CORPUS
## PURSUANT TO 28 U.S.C. § 2254

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

### A. APPLICANT INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

_____James Williams_____
(Applicant's name, prisoner identification number, and complete mailing address)

_____James Williams_____

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

___ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
___ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner
_X_ Other: *(Please explain)* Plea Bargain Convicted Probation Time Being Served With (CTS) Credit For Time Served

### B. RESPONDENT(S) INFORMATION

The Fourth Judicial District Court, State of Colorado, In And For County Of El Paso
(Respondent's name and complete mailing address)
And The Honorable Judge, McHenry.
270 S. Tejon Street, Colo. Spgs., CO. 80903

Attorney General
Ralph L. Carr Judicial Building
1300 Broadway, 10th Fl.,
Denver, CO. 80203

### C. CONVICTION UNDER ATTACK

Name of the court that entered the judgment of conviction: 4th Judicial District Combined Court State of Colorado, El Paso County, Div. 21

Date the conviction was entered: December 04, 2018

Case number: ~~16-CR-6633~~ 16-CR-6633

Length and type of sentence: 5 Years Probation, with CTS

Are you serving any other sentence?   ___ Yes  _X_ No *(check one)*

2

Offense(s) you were convicted of committing: Accessory To A Crime, Felony 4 Obstructing A Peace Officer, Misdemeanor 2

What was your plea? Guilty 2 Counts

Kind of trial: Plea Bargain   __ Jury __ Judge only (*check one*)

### D. DIRECT APPEAL

Did you file a direct appeal?   __ Yes  X No (*check one*)

Name of the court in which the direct appeal was filed: _____

Date and result of direct appeal: _____

Did you seek review in the state's highest court on direct appeal?   __ Yes __ No (*check one*)

Date and result of review in the state's highest court: _____

If you did not file a direct appeal, explain why: No Jury To Appeal Statutes of Limitation

### E. POSTCONVICTION PROCEEDINGS

Have you initiated any other postconviction proceedings in any state court with respect to the judgment under attack?   __ Yes  X No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have initiated more than one postconviction proceeding, use additional paper to provide the requested information for each prior proceeding. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. POSTCONVICTION PROCEEDINGS."*

Name and location of court: _____

Type of proceeding: _____

3

Date filed: _____

Date and result: _____

Did you appeal?          ___ Yes  _✓_ No (*check one*)

Date and result on appeal: _____

Did you seek review in the state's highest court?          ___ Yes  _✓_ No (*check one*)

Date and result: _____

### F. STATEMENT OF CLAIMS

*State clearly and concisely every claim you are asserting in this action. For each claim, specify the right that allegedly has been violated and all facts that support your claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "F. STATEMENT OF CLAIMS."*

**WARNING:** *If you fail to assert all of your claims in this application, you may be barred from presenting additional claims at a later date.*

CLAIM ONE: __Ineffective Assistance Of Counsel__

Supporting facts:

(Additional Pages Attached.)

False Imprisonment exist if the petitioner's federal constitutional Rights to effective assistance of counsel was violated and pre-trial Rights to non-statutory motions to dismiss was violated and continuous (false) imprisonment hardship Resulted from counsels failure to assert the 6th Amendment Rights. to Non-Statutory Motions To Suppress & Non-statutory motions To Dismiss Week(s) "BEFORE"

4

"F. STATEMENT OF CLAIMS (CLAIM ONE) Cont"

Jury Trial Dress-Outs For Jury Trial Proceedings. (BEFORE) At least (1) One Week Should Be Indetermenent Pre-Trial Proceeding Mandated For Discovery 6th & 9th Amendment Rights, Rights To Access To Courts, U.S. Constitution for Effective Assistance of Counsel Attempt, Pursuant The Patriot Act At A Time Of Covert Terror Or Not, and For Court Judicial Econo(Economy) and Public Defender + Paid Attorney, Fair Play Legislature for Criminal Attorneys Ethics And State Bar Oath Taken. (Due Process Clause, 1st 4th, 5th, 6th, 9th, and 14th Amendments Rights, U.S. Constitution.)

— End —

Date filed: _____

Date and result: _____

Did you appeal?          ___ Yes ___ No (*check one*)

Date and result on appeal: _____

Did you seek review in the state's highest court?          ___ Yes _X_ No (*check one*)

Date and result: _____

## F.   STATEMENT OF CLAIMS

*State clearly and concisely every claim you are asserting in this action. For each claim, specify the right that allegedly has been violated and all facts that support your claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "F. STATEMENT OF CLAIMS."*

WARNING: *If you fail to assert all of your claims in this application, you may be barred from presenting additional claims at a later date.*

(Additional pages attached.)

CLAIM TWO: Petitioner Was Under Duress During Plea Bar (Bargain)

Supporting facts:

Excusable Neglect, Intimidation, OR mistake lead to, December 04, 2018, Erroneous Plea Bargain Adjudication, while the illiterat petitioner was under duress FRAMED-UP AS A PEDOPHILE/SEX OFFENDER, and New Adulthood Status 18 years of age leading up to the Duress obtained Plea-

4

"F. STATEMENT OF CLAIMS (CLAIM TWO) Con't"

Bargain With Harmful Law School Illiteracy. SEE: Pioneer Investment Services, Co. —v.— Brunswick Associates, Limited Partnership 507 U.S. 380, 396, 113 S. Ct. 1489, 123 L.Ed. 2d 74 (1993). Supported by the 6th Amendment Rights, U.S. Constitution.

— End —

### G.    EXHAUSTION OF STATE REMEDIES

*WARNING: You must exhaust available state remedies before filing a habeas corpus action in federal court pursuant to 28 U.S.C. § 2254. Your case may be dismissed if you have not exhausted available state remedies.*

Did you fairly present each claim asserted
in this action to the state's highest court?    ___ Yes  _X_ No (*check one*)

If you answered "No," please identify which claim(s) have not been fairly presented to the state's highest court and explain why:

No Jury Trial To Appeal. Discovery Pre-Trial Declarations Mitigating Exculpatory, And Exonerating Evidence Not Obtainable While In-Custody Hardship. Statutes Of Limitations.

### H.    PRIOR FEDERAL ACTIONS

Have you filed any prior actions in any federal court challenging the same conviction or sentence under attack in this action?  _X_ Yes ___ No (*check one*).

If the instant action is a second or successive application, have you obtained authorization from the United States Court of Appeals for the Tenth Circuit for this court to consider the application?  ___ Yes _X_ No (*check one*).

*Complete this section of the form if you have filed a prior federal action challenging the same conviction or sentence under attack in this action. If you have initiated more than one prior action, use additional paper to provide the requested information for each prior action. Please indicate that additional paper is attached and label the additional pages regarding prior actions as "H. PRIOR FEDERAL ACTIONS."*

Name and location of court: U.S. Dist Ct., 901 19th St., #: A105, Denver, CO. 80294

Case number: 18-CV-2136

Type of proceeding: Co-Def., Clarence Williams, III's, Writ.

Claim(s) raised:
- Ineffective Assistance Of Counsel
- Plea Bargain Obtained By Defendant In Duress

Date and result: (attach a copy if available) Dismissed Without Prejudice To Comply With Court Order, Refiling (Inpendency)

Result on appeal, if appealed: N/A

5

I.    **TIMELINESS OF APPLICATION**

*If the judgment of conviction or the sentence under attack became final more than one year prior to the commencement of this action, explain why the application is not barred by the one-year limitation period in 28 U.S.C. § 2244(d). If additional space is needed, use extra paper to explain your answer. Please indicate that additional paper is attached and label the additional pages regarding timeliness as "I. TIMELINESS OF APPLICATION."*

N/A

J.    **REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "J. REQUEST FOR RELIEF."*

Reversal of Duress Plea Bargain Conviction of: December 04, 2018, via Injunction Probation + Sex Offender Registration.

K.    **APPLICANT'S SIGNATURE**

I declare under penalty of perjury that I am the applicant in this action, that I have read this application, and that the information in this application is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this application: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the application otherwise complies with the requirements of Rule 11.

_____
(Applicant's signature)

_____
(Date)

(Form Revised December 2017)