UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

James Williams

Petitioner,

v.

STATE OF COLORADO,

Respondents.

Writ Of Habeas Corpus No.:

1:19-CV-1026-GPG

DECLARATION OF Clarence Williams IN SUPPORT OF PETITIONER'S WRIT OF HABEAS CORPUS.

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2019 APR -9 PM 12:49

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Clarence Williams of full age, hereby certifies as follows:

1. I am a witness for the Petitioner, James Williams in the District Courts of Colorado, in this matter.

2. I have personal knowledge of the facts set forth herein.

3. I make this Declaration/Certification in support of Petitioner, James Williams Writ Of Habeas Corpus To Reverse Plea Bargained Conviction, Due To the Petitioner's innocence.

4. I give this sworn declaration under the penalty of perjury, under the laws of the United States Of America, certifying that the Petitioner, James Williams is innocent of the criminal charges to which He plea bargained to.

5. I give this sworn declaration under the penalty of perjury, under the laws of the

1

Exh. D

United States Of America, certifying that the Petitioner, **James Williams**, did not PAY, BRIBE, INDUCE, FORCE, FEAR, EXTORT, or THREATEN the victim a minor in the herein at issue criminal case TO HAVE UNCONCENTUAL SEXUAL INTERCOURSE OR ORAL SEX WITH THE CO-DEFENDANTS.

6. I give this sworn declaration under the penalty of perjury, under the laws of the United States Of America, certifying that the Petitioner, **James Williams** CO-DEFENDANTS did not HAVE UNCONCENTUAL SEXUAL INTERCOURSE or UNCONCENTUAL ORAL SEX WITH THE VICTIM A MINOR, nor did the Co-Defendants PAY, BRIBE, INDUCE, FORCE, FEAR, EXTORT, or THREATEN the victim a minor in the herein at issue criminal case TO HAVE SEXUAL INTERCOURSE or ORAL SEX WITH THE CO-DEFENDANTS.

7. I give this sworn declaration under the penalty of perjury, under the laws of the United States Of America, certifying that the Petitioner, **James Williams**, Co-Defendant, **Jacolby Williams**, did not have sexual intercourse or oral sex with the victim a minor in the herein at issue criminal case.

8. I declare under penalty of perjury, under the laws of the United States Of America, that the foregoing statements in this declaration are true and correct.

X Dated:
2-13-19
(Date of Signature)

Respectfully submitted,
X **Clarence Williams**
Clarence Williams.
Declarant

Address: _____

2

Exh. D